IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARIAH C.,

        Plaintiff,

      v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Case No. 6:24-CV-01927-AB

ORDER

**BAGGIO, District Judge:**

Plaintiff Mariah C. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On November 6, 2025, the Court reversed the Commissioner's decision and ordered that the case be remanded for an award of benefits. Op. & Order, ECF No. 17. Judgment was also entered on November 6, 2025. J., ECF No. 18. On February 26, 2026, and April 7, 2026, Plaintiff's counsel received notices of Plaintiff's award for benefits. Meserow Decl. ¶¶ 2-3, Atts. 2-3, ECF No. 23.

1 – ORDER

Plaintiff now seeks an award of fees of $39,104.25 pursuant to 42 U.S.C. § 406(b). Pl. Mot. 1, ECF No. 22. Defendant's counsel neither supports nor opposes the request. *Id.* at 2. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS Counsel's Motion for Attorney Fees [22] and awards Plaintiff's counsel $39,104.25 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the $28,999.53 previously received under EAJA and send Plaintiff's attorney the balance of $10,104.72, less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED this 22nd day of April, 2026.

AMY M. BAGGIO
United States District Judge

2 – ORDER